### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**GLENWOOD DAVID, II,**<br>　　　　　　　　　　Defendant. | **I N F O R M A T I O N**<br><br>CRIMINAL NO. 2017-24<br><br>**Unlawful Mailing of a Firearm**<br>**(18 U.S.C. § 1715)** |

THE ACTING UNITED STATES ATTORNEY charges that:

### COUNT ONE
*(Unlawful Mailing of a Firearm)*

On or about May 5, 2016, at St. Croix, in the District of the Virgin Islands, the defendant,

### DAVID GLENWOOD, II,

did knowingly cause to be delivered by the United States Postal Service according to the directions thereon, a firearm – specifically, Glock lower receiver, serial number XWX058 – which is a nonmailable item by statute, in violation of Title 18, United States Code, Section 1715.

## CRIMINAL FORFEITURE NOTICE

Upon conviction of the offense charged in Count One of this criminal Information, defendant,

## GLENWOOD DAVID, II,

shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the commission of the offenses, including but not limited to the following:

- One Glock pistol lower receiver, serial number XWX058;
- One Taurus pistol lower receiver, serial number TFP 84258; and
- One Springfield Armory pistol lower receiver, serial number XD989302.

All pursuant to Title 28, United States Code, Section 2461(c).

Dated this 25th day of May, 2017

Respectfully submitted,

JOYCELYN HEWLETT
ACTING UNITED STATES ATTORNEY

By: _____
Meredith J. Edwards
Assistant United States Attorney
5500 Veteran's Drive, Suite 260
St. Thomas, Virgin Islands 00802
Telephone: (340) 774-5757
Meredith.Edwards@usdoj.gov